US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUN 04 2024

Ronald E. Dowling
By_____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 6:24-CR-60018 |
| v. | ) | |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| DANIEL BARNARD WHITLOCK | ) | 21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about February 27, 2024, in the Western District of Arkansas, Hot Springs Division, the Defendant, **DANIEL BARNARD WHITLOCK**, knowingly and intentionally distributed a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill.

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
Trent Daniels
Assistant U. S. Attorney
Arkansas Bar No. 2005128
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 650-7714
E-mail: Trent.Daniels@usdoj.gov

1