**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                          **CASE NO: 6:24-CR-60018-001**

**DANIEL BARNARD WHITLOCK**                                    **DEFENDANT**

**ORDER OF DETENTION**

      The Defendant appeared for initial appearance on an Indictment filed in this case on June 4th, 2024 ECF No. [1]. The Government requested pre-trial detention at the time of the hearing. The Court explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant request a detention hearing and it is set for August 21, 2024 at 10 AM in Hot Springs, AR.

      Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court **ORDERS** as follows:

1. The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on Order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** this **15th day of August, 2024.**

                                                           /s/ *Barry A. Bryant*
                                                           BARRY A. BRYANT
                                                           UNITED STATES MAGISTRATE JUDGE