**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                               **CASE NUMBER: 6:24CR-60018**

**DANIEL BARNARD WHITLOCK**

**UNOPPOSED MOTION TO CONTINUE**

Comes now the Defendant, Daniel Barnard Whitlock, through undersigned counsel and for his Motion, states:

1.      That Defendant is charged by Indictment with one count of distribution of a mixture or substance containing a detectable about of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). On August 15, 2024, Defendant appeared before the Court for Arraignment as to the Indictment.  Discovery was received on or about August 20, 2024. Trial in this matter is presently set for September 23, 2024.

2.      That the Office of the Federal Public Defender will require additional time to complete review of discovery and its investigation of the facts in order to properly evaluate and prepare the case for trial or resolve by plea agreement.

3.      That the Government has been contacted regarding this request and has stated it has no objection to the granting of this continuance.

4.      This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5.      It is anticipated it will take up to 30 days from the current trial setting to adequately investigate and prepare for trial or resolve for plea.   A continuance of 30 days

from the current setting is thus requested at this time.

6.    No prejudice will result in the granting of a continuance, as such time would

be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, Defendant, Daniel Barnard Whitlock, respectfully requests that his

Motion be granted and for all other relief to which he may be entitled.


                                        Respectfully submitted,

                                        BRUCE D. EDDY
                                        FEDERAL PUBLIC DEFENDER
                                        WESTERN DISTRICT OF ARKANSAS

                            By:     /s/ *Jessica Yarbrough*_____
                                        Jessica Yarbrough
                                        Assistant Federal Public Defender
                                        100 E. Peach Street, Suite 320
                                        El Dorado, AR 71730
                                        (479) 249-8648

                                        Counsel for Defendant



                            **CERTIFICATE OF SERVICE**

        I hereby certify that I have electronically filed the foregoing with the Clerk of the
Court using the CM/ECF System which will send notification of such filing to Mr. Trent
Daniels, Assistant United States Attorney and a copy of this pleading was mailed by the
United States Postal Service to: none.

                                        /s/ *Jessica Yarbrough*_____
                                        Jessica Yarbrough
                                        Assistant Federal Public Defender