IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Case No. 6:24-cr-60018

DANIEL BARNARD WHITLOCK                                              DEFENDANT

### **ORDER**

Defendant has filed an Unopposed Motion to Continue. (ECF No. 20). Defendant moves the Court for a continuance of the trial currently scheduled to commence on September 23, 2024. Upon review, the Court finds that the ends of justice served by the granting of the continuance outweighs the best interest of the public and Defendant in speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Otherwise, Defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The trial of this matter is hereby continued and will commence at 9:00 a.m. on December 16, 2024, at the United States Courthouse, Hot Springs, Arkansas. Counsel shall adjust all remaining deadlines accordingly. The time between the trial date of September 23, 2024, and the new trial date of December 16, 2024, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**, this 12th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge